**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loretta Short, | No. CV-21-08251-PCT-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Louis DeJoy, | |
| Defendant. | |

On September 23, 2022, this Court issued an Order granting Plaintiff's attorney's Motion to Withdraw. (Doc. 19). That Order gave Plaintiff an October 24, 2022, deadline to either retain substitute counsel or file with the Court a notice that she is representing herself. (Id.) The Court ordered that Plaintiff's failure to comply may result in dismissal of the action. (Id.)

On November 14, 2022, because Plaintiff did not meet the October 24 deadline, the Court ordered Plaintiff to show good cause in writing why this case should not be dismissed for failure to comply with the Court's previous Order and for failure to prosecute. (Doc. 20). The Court gave Plaintiff a deadline of December 15, 2022 to show such good cause and ordered that failure to meet this deadline would result in dismissal of the case. (Id.)

That second deadline has come and passed, and Plaintiff has not filed anything with the Court. Accordingly, the Court will dismiss this case.

**IT IS HEREBY ORDERED dismissing without prejudice** this case. The Clerk

1  of the Court is kindly instructed to terminate this case.

2      Dated this 28th day of December, 2022.

_____
Honorable Stephen M. McNamee
Senior United States District Judge